## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER ROY CHAVEZ                                                PETITIONER
Reg #50001-051

v.                                  No. 2:14CV00039-JLH-JTK

C.V. RIVERA, Warden,
FCI-Forrest City                                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED without prejudice.

SO ADJUDGED this 9th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE